```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

SYLVESTER T. ELLISON, et al.,   *

       Plaintiffs,              *

vs.                             *

                                CASE NO. 4:05-CV-137 (CDL)

W. W. ADAMSON, Warden,          *     42 U.S.C. § 1983
DEPUTY WARDEN CONVINGTON, MS.
AMMONS and MS. McLAIN,          *

       Defendants.              *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 6, 2005, is hereby approved, adopted, and made the Order of the Court.

    The objections of the Plaintiffs have also been thoroughly considered and are found to be without merit.

    The dismissal of Plaintiffs' complaint does not deny them access to the courts because they have the opportunity to assert the previously alleged claims by filing another complaint against the proper defendants accompanied by the appropriate prison account information.

    IT IS SO ORDERED, this 31st day of January, 2006.

                                                S/Clay D. Land
                                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE